UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
JANE DOE,

                  Plaintiff,

-against-

MEI YU ZHENG, *et al.*,

                  Defendants.
----------------------------------------------------------x

**ORDER**
25-CV-03215 (NRM) (JRC)

NINA R. MORRISON, United States District Judge:

By Order dated October 8, 2025, this Court denied Plaintiff's requests to proceed anonymously and *in forma pauperis* ("IFP"). *See* ECF No. 7. The October 8 Order further stated that if Plaintiff wished to continue with the action, she must, within 30 days from the date of the Order, (1) file an amended complaint with her legal name, signature, and address; and (2) either pay the $405.00 in fees or submit an amended IFP application, with her legal name, signature, and address. Plaintiff was informed that failure to comply with the Order within the time allowed would result in the action being dismissed without prejudice. *Id*. A Complaint form and long form IFP application were sent to Plaintiff.

To date, Plaintiff has failed to file an amended complaint, pay the filing fee, submit an amended IFP application, or otherwise contact the Court.

Accordingly, the Clerk of Court is directed to close this action without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore, IFP status is denied for the

1

purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

**SO ORDERED.**

*/s/ Nina R. Morrison*
NINA R. MORRISON
United States District Judge

Dated:   November 12, 2025
            Brooklyn, New York

2